USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,          :
                                   :   Case No. S1 07 Cr. 0597 (PKC)
              - v -                :
                                   :   ~~PROPOSED~~ ORDER   *PKC*
                                   :
JOHN DAVID LEFEBVRE,               :
                                   :
              Defendant.           :
                                   :
------------------------------------------------------------x

It is ordered that John David Lefebvre's passport be immediately released directly to him or his counsel. This order is directed to ~~the Court Clerk of the U.S. District Court, Central District of California, the Court Clerk of~~ the U.S. District Court, Southern District of New York, *Central District of California* ~~and the~~ U.S. Pretrial Services Office, ~~Southern District of New York~~.   *PKC*

Dated: July 10, 2007
       New York, New York

                                        _____
                                        P. Kevin Castel
                                        United States District Judge

{8888-888/00017369.DOCv}