

# BIRD | MARELLA

BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

**Benjamin N. Gluck**
bng@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

File 3300.2

**MEMO ENDORSED**

August 9, 2007

Hon. P. Kevin Castel
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07



Re:   **United States v. Lefebvre, Case No. 07-cr-00597-PKC**

Dear Judge Castel:

For the reasons set forth below, and with the consent of the government, we write on behalf of our client to respectfully request that Your Honor temporarily suspend the requirement that Mr. Lefebvre meet face to face with his Pretrial Services officer each month, until such time as Mr. Lefebvre is issued a parole letter by Immigration and Customs Enforcement ("ICE") that will allow him to enter the U.S. to make that meeting.

On July 10, 2007, defendant John D. Lefebvre appeared before this Court and entered a guilty plea to a single-count information.  At that hearing, the Court modified Mr. Lefebvre's bail conditions to allow him to travel to his home in Canada.  The Court also ordered that Mr. Lefebvre have monthly face-to-face meetings with his Pretrial Services officer.  Shortly after the July 10 plea hearing, Mr. Lefebvre went to his home in Canada.  He is still there now.

I have been informed by the FBI agent assigned to this case that until Mr. Lefebvre receives a "parole letter" from ICE, he will be denied entry to the United States.  The FBI agent informed me that she has already begun the process of obtaining this letter, but that it may take several weeks, during which time Mr. Lefebvre will be unable to enter the country in order to make his mandated face-to-face meetings with pretrial services.

| | | | | | |
|---|---|---|---|---|---|
| Sharon Ben-Shahar | Mark T. Drooks | Benjamin D. Lichtman | John M. McCoy III | Ekwan E. Rhow |
| Terry W. Bird | Thomas R. Freeman | Gary S. Lincenberg | Bonita D. Moore | John K. Rubiner |
| Joel E. Boxer | Benjamin N. Gluck | Vincent J. Marella | Ronald J. Nessim | Peter J. Shakow |
| Eric E. Bronson | Jason D. Kogan | Marc E. Masters | Angela E. Oh | Dorothy Wolpert |
| Paul S. Chan | Lisa M. Lawrence | | Thomas V. Reichert | Steven K. Yoda |



Hon. P. Kevin Castel
August 9, 2007
Page 2

In light of the foregoing, we respectfully request that the Court suspend the monthly face-to-face meeting requirement until Mr. Lefebvre is issued the parole letter by ICE. Mr. Lefebvre's pretrial services officer has no objection to this modification, and AUSA Timothy Treanor consents to the proposed modification.

Respectfully,

Benjamin N. Gluck /mt

Benjamin N. Gluck

BNG

cc:   AUSA Timothy Treanor
      Michael Tremonte (Local Counsel)
      Devana Gardner (Pretrial Services, Los Angeles)

240155.1

*Until Mr. Lefebvre is issued a "parole letter" by ICE he may report to his pretrial services officer telephonically.*

SO ORDERED.

[signature]
PKC
8.15.07