UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,  :

        - v -  : Case No. S1 07 Cr. 0597 (PKC)

: **NOTICE OF APPEARANCE**

JOHN DAVID LEFEBVRE,  :

        Defendant.  :
----------------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for John David Lefebvre. I certify that I am admitted to practice in this court.

Dated: September 4, 2007
      New York, New York

                                 **COHEN & GRESSER LLP**

                              By: _/s/ Michael Tremonte_
                              Michael Tremonte (MT 5996)
                              100 Park Avenue, 23rd Floor
                              New York, NY 10017
                              Phone: (212) 957-7600
                              Fax: (212) 957-4514

                              *Attorneys for Defendant*
                              *John David Lefebvre*