UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                - v -

JOHN DAVID LEFEBVRE,

                Defendant.
-----------------------------------------------------------X

: Case No. S1 07 Cr. 0597 (PKC)

: **ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

    GOOD CAUSE HAVING BEEN SHOWN, Defendant John David Lefebvre's conditions of bail are modified as follows:

    IT IS ORDERED that Mr. Lefebvre's bond conditions are hereby changed from a $5,000,000.00 secured bond to a $5,000,000.00 unsecured personal recognizance bond;

    IT IS FURTHER ORDERED that, once Mr. Lefebvre submits the personal recognizance bond, the Clerk of the Court shall release Mr. Lefebvre's $5,000,000.00 cash bond in the form of a check payable to the U.S. Marshals Service, 1 Saint Andrews Plaza, Room 328, New York, NY 10007, attention Sally Hassanein, reference *U.S. v. Lefebvre*, case no. 07-cr-00597, and deliver the check to said address;

    IT IS FURTHER ORDERED that from the date of this order, Mr. Lefebvre shall report in person to Pretrial Services every 90 days. Mr. Lefebvre shall also report by telephone as required by Pretrial Services;

    IT IS FURTHER ORDERED that all other conditions of Mr. Lefebvre's bail shall remain unchanged.

Dated: December 7, 2007
       New York, New York

                                                P. Kevin Castel
                                                United States District Judge

243010.1{5555-003/00022329.DOCv}