USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
             Plaintiff,           :    Case No. S1 07 597 (PKC)
                                  :
        - v -                     :    (CORRECTED COPY)
                                  :    ORDER
JOHN DAVID LEFEBVRE,              :
                                  :
             Defendant.           :
                                  :
------------------------------------x

GOOD CAUSE HAVING BEEN SHOWN, Defendant John David Lefebvre's conditions of bail are modified as follows:

IT IS ORDERED that Mr. Lefebvre's bond conditions are hereby changed from a $5,000,000.00 secured bond to a $5,000,000.00 unsecured personal recognizance bond:

IT IS FURTHER ORDERED that, once Mr. Lefebvre submits the personal recognizance bond, the Clerk of the Court shall release Mr. Lefebvre's $5,000,000.00 cash bond and any accumulated interest to date, in the form of a check payable to the U.S. Marshals Service, 1 Saint Andrews Plaza, Room 328, New York, NY 10007, attention Sally Hassanein, reference *U.S. v. Lefebvre*, case no. 07-cr-00597, and deliver the check to said address;

IT IS FURTHER ORDERED that from the date of this order, Mr. Lefebvre shall report in person to Pretrial

Services every 90 days. Mr. Lefebvre shall also report by telephone as required by Pretrial Services;

IT IS FURTHER ORDERED that all other conditions of Mr. Lefebvre's bail shall remain unchanged.

WHEREAS, on or about December 7, 2007, the Court entered an Order as to the bail modification (the "Order");

WHEREAS, the United States hereby moves to correct this Order because, the amount in the order did not include the interest accumulated to date.

Dated:  July 16, 2008
        New York, New York

SO ORDERED:

P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE