USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

# MEMO ENDORSED

July 21, 2008

**By Fax**
Honorable P. Kevin Castel
Chief United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: **United States** v. **John David Lefebvre**,
> 07 Cr. 597 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter to advise the Court as to its position on the defendant's recent request for a modification of his bail conditions.

As noted in the letter from defense counsel dated July 3, 2008, Mr. Lefebvre currently resides in Canada and returns to the United States in order to report to his pretrial services officer. His current bail conditions permit travel within the United States and Canada.

The Government does not object to a modification of Mr. Lefebvre's bail conditions to permit travel to, from, and within the European Union with prior written notice to the Government and Pretrial Services. The Court previously approved similar travel restrictions for his co-defendant.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Jonathan B. New
Assistant United States Attorney
(212) 637-1049

cc: Benjamin Gluck, Esq. (By fax: 310-201-2110)

*[Handwritten endorsement:]* Application to modify bail, consented to by the government, is granted in the form set forth in the government's letter of July 21, 2008. SO ORDERED. [signature] USDJ 7-25-08

TOTAL P.02