# BIRD | MARELLA

BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG          A PROFESSIONAL CORPORATION

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-11
```

**MEMO ENDORSED**

September 7, 2011

Benjamin N. Gluck
bng@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

File 3300.2

**VIA FACSIMILE**

Hon. P. Kevin Castel
U.S. District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pear St., Room 2260
New York, NY 10007

*[Handwritten endorsement: Sentencing adjourned from September 23 to October 25 at 2:00 pm. SO ORDERED. /s/ USDJ 9-7-11]*

Re:   **United States v. Lefebvre, Case No. 07-cr-597-PKC**

Dear Judge Castel:

I write on behalf of my client, John D. Lefebvre, to request that Your Honor grant a short adjournment of the sentencing hearing in this matter. Sentencing is currently set for September 23, 2011, at 2:00 p.m.

As part of a plea agreement, Mr. Lefebvre and his co-defendant Stephen Lawrence agreed to forfeit $100 million, representing their proceeds from a conspiracy to facilitate internet transactions related to gaming. Since the change of plea, Mr. Lefebvre and Mr. Lawrence have paid about $99.7 million of this amount. I contacted AUSA Arlo Devlin-Brown this week to confirm the precise amount of Mr. Lefebvre's final payment, which I believe should be about $311,000. Unfortunately, Mr. Devlin-Brown informed me that the U.S. Marshal's records do not reflect about $16 million in payments from Mr. Lefebvre. I sent Mr. Devlin-Brown the backup documentation for the additional payments and he is trying to confirm them.

Because the plea agreement requires that that the forfeiture be completely paid prior to sentencing, we respectfully request a short adjournment to October 11, 2011,[1] to

---

[1] This date is suggested in order to avoid conflict with the Jewish holidays and to facilitate travel to New York. If the Court is unavailable that day, counsel respectfully suggests October 18, 24, or 25 as alternatives.

| | | | | |
|---|---|---|---|---|
| Sharon Ben-Shahar | Mark T. Drooks | Benjamin D. Lichtman | Bonita D. Moore | Ekwan E. Rhow |
| Terry W. Bird | Thomas R. Freeman | Gary S. Lincenberg | Ronald J. Nessim | John K. Rubiner |
| Joel E. Boxer | Benjamin N. Gluck | Vincent J. Marella | Corinne D. Orquiola | Peter J. Shakow |
| Eric E. Bronson | David I. Hurwitz | Marc E. Masters | Angela E. Oh | S. Deborah Shin |
| Paul S. Chan | Mitchell A. Kamin | Aparna S. Mathur | Thomas V. Reichert | Michelle C. Tam |
| Karis A. Chi | Jessica Kornberg | | Jean Y. Rhee | Dorothy Wolpert |

# BIRD | MARELLA

BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

Hon. P. Kevin Castel
September 7, 2011
Page 2

allow the Marshal's service to confirm receipt of Mr. Lefebvre's payments. Mr. Devlin-Brown does not oppose this request.

Very truly yours,

Benjamin N. Gluck

BNG:bng

cc: AUSA Arlo Devlin-Brown
    Vincent J. Marella
    Jonathan Abernethy (Local Counsel)

309987.1