USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-11

1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                                 :

UNITED STATES OF AMERICA
                                                 :      CONSENT
           -v.-                              ORDER OF FORFEITURE
                                                 :

STEPHEN ERIC LAWRENCE and
JOHN DAVID LEFEBVRE,                 :      07 Cr. 597(PKC)
                                                      S1 07 Cr. 597 (PKC)
                                                 :

                Defendant.
                                                 :
- - - - - - - - - - - - - - - - -x

        WHEREAS, on or about June 29, 2007, STEPHEN ERIC LAWRENCE ("Lawrence"), was charged in one-count Information 07 Cr. 597 (PKC)(the "Information-1") and on or about July 10, 2007, JOHN DAVID LEFEBVRE ("Lefebvre") (collectively, "defendants"), was charged in a one-count Superseding Information S1 07 Cr. 597 (PKC)(the "Information-2") (collectively "Informations") with conspiring to commit gambling, money laundering and unlicensed money transmitting offenses in violation of Title 18, United States Code, Sections 371 (Count One);

        WHEREAS, the Informations included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 981(a)(1)©, 982 and 1955(d) and 28 U.S.C. § 2461, all property real and personal, involved in the money laundering and unlicensed money transmitting offenses and any property, including money used in the gambling offenses, and all property, real and personal, that constitutes or is derived from proceeds traceable to the violations in the Informations;

WHEREAS, on or about June 29, 2007, Lawrence pled guilty to violating 18 U.S.C. § 371 in connection with his participation in the operations of NETeller PLC, a company that provided internet payment services and its related companies pursuant to a plea agreement (the "Lawrence Plea Agreement");

WHEREAS, in the Plea Agreement, Lawrence admitted the forfeiture allegation and agreed to forfeit, together with Lefebvre, with whom he is jointly and severally liable to the United States, a sum of money equal to $100,000,000.00 in United States currency, which shall be paid on or before the date of sentencing;

WHEREAS, on or about July 10, 2007, Lefebvre pled guilty to violating 18 U.S.C. § 371 in connection with his participation in the operations of NETeller PLC, a company that provided internet payment services and its related companies pursuant to a plea agreement (the "Lefebvre Plea Agreement");

WHEREAS, in the Plea Agreement, Lefebvre admitted the forfeiture allegation and agreed to forfeit, together with Lawrence, with whom he is jointly and severally liable to the United States, a sum of money equal to $100,000,000.00 in United States currency, which shall be paid on or before the date of sentencing;

WHEREAS, the parties have agreed that Lawrence shall be responsible for sixty percent of the forfeiture judgment ($60,000,000.00) and Lefebvre shall be responsible for forty

percent of the forfeiture judgment ($40,000,000.00) which shall be paid on or before the date of sentencing;

WHEREAS, as of September 21, 2011, Lawrence has paid $60,000,000.00 in United States currency, fulfilling his forfeiture obligation, and Lefebvre has paid $40,000,000.00 in United States currency, fulfilling his forfeiture obligation.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff United States of America, by its attorneys Assistant United States Attorneys, Arlo Devlin-Brown and Sharon Cohen Levin, and defendant Stephen Eric Lawrence, through his counsel Peter G. Neiman, Esq., and defendant John David Lefebvre, through his counsel Benjamin N. Gluck, Esq.:

1. As a result of the offenses in the Informations, for which the defendants pled guilty, a money judgment in the amount of $100,000,000 (the "Money Judgment") shall be entered against the defendants jointly and severally, as part of their criminal sentences.

2. The payment of $60,000,000.00 by Lawrence shall be applied to the forfeiture Money Judgment, this payment fully satisfies Lawrence's forfeiture obligation.

3. The payment of $40,000,000.00 by Lefebvre shall be applied to the forfeiture Money Judgment, this payment fully satisfies Lefebvre's forfeiture obligation.

4. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture is

final as to the defendants, Stephen Eric Lawrence and John David Lefebvre, upon entry of this order, and shall be deemed part of the sentences of these defendants, and shall be included in the judgment of convictions therewith.

5. Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments made on the Money Judgment totaling $100 million dollars into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Consent Order of Forfeiture to Assistant United States Attorney Sharon Cohen Levin, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

8. This Consent Order may be executed in counterparts, each of which shall constitute an original as against the party whose signature appears on it. All executed counterparts shall be deemed to be one and the same instrument. This Consent Order shall become binding when one or more counterparts, individually or taken together, bears the signature of all Parties. A facsimile or electronic image of the original signature of any party executing this Consent Order shall be

4

deemed an original signature and shall constitute an original as against the party whose signature appears in the facsimile or electronic image.

AGREED AND CONSENTED TO:
PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____                    9/23/1.
    ARLO DEVLIN-BROWN                                  DATE
    SHARON COHEN LEVIN
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212)637-2506/1060


By: _____                    _____
    STEPHEN ERIC LAWRENCE                              DATE


By: _____                    _____
    PETER NEIMAN, ESQ                                  DATE
    Attorney for Stephen Eric Lawrence


By: _____                    _____
    JOHN DAVID LEFEBVRE                                DATE


By: _____                    _____
    BENJAMIN N. GLUCK                                  DATE
    Attorney for John David Lefebvre


SO ORDERED:


_____                        _____
HONORABLE P. KEVIN CASTEL                              DATE
UNITED STATES DISTRICT JUDGE

5

deemed an original signature and shall constitute an original as against the party whose signature appears in the facsimile or electronic image.

AGREED AND CONSENTED TO:
PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____     DATE
 ARLO DEVLIN-BROWN
 SHARON COHEN LEVIN
 Assistant United States Attorneys
 One St. Andrew's Plaza
 New York, NY 10007
 (212) 637-2506/1060

By: _____     9/22/11
 STEPHEN ERIC LAWRENCE                  DATE

By: _____     9/22/11
 PETER NEIMAN, ESQ                      DATE
 Attorney for Stephen Eric Lawrence

By: _____     DATE
 JOHN DAVID LEFEBVRE

By: _____     DATE
 BENJAMIN N. GLUCK
 Attorney for John David Lefebvre

SO ORDERED:

_____        DATE
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

5

deemed an original signature and shall constitute an original as against the party whose signature appears in the facsimile or electronic image.

AGREED AND CONSENTED TO:
PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff


By: _____            DATE _____
    ARLO DEVLIN-BROWN
    SHARON COHEN LEVIN
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2506/1060


By: _____            DATE _____
    STEPHEN ERIC LAWRENCE


By: _____            DATE _____
    PETER NEIMAN, ESQ
    Attorney for Stephen Eric Lawrence

By: ____/s/_____         DATE Sept. 22, 2011
    JOHN DAVID LEFEBVRE


By: ____/s/_____         DATE 9/22/11
    BENJAMIN N. GLUCK
    Attorney for John David Lefebvre


SO ORDERED: ____/s/_____         DATE 9-23-11
    HONORABLE P. KEVIN CASTEL
    UNITED STATES DISTRICT JUDGE